**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**BARBARA STEWART**                                                               **PLAINTIFF**

**V.**                                **NO. 4-08-CV-00582 GTE**

**ROBINSON NURSING AND
REHABILITATION CENTER**                                        **DEFENDANT**

## JUDGMENT

Pursuant to the Court's Order filed in this matter this date granting summary judgment in favor of Defendant Robinson Nursing and Rehabilitation Center, IT IS HEREBY CONSIDERED, ORDERED, AND ADJUDGED that all claims asserted by Plaintiff Barbara Stewart in her Complaint and Amended Complaint in this matter be, and they are hereby, DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this __10th__ day of June, 2009.

                                                             /s/Garnett Thomas Eisele
                                                             UNITED STATES DISTRICT JUDGE